■ ANGELO CHERUBINI, Plaintiff, v. ORANGE COUNTY PLUMBING SUPPLY Co., Defendant and Third-Party Plaintiff-Respondent. STANLEY SCHEFF, Third-Party Defendant-Appellant.— Order, entered on December 18, 1962, insofar as it denies the cross motion of the third-party defendant to sever, unanimously reversed on the law and the facts and in the exercise of discretion, with $20 costs and disbursements to appellant, and cross motion granted, with $10 costs. Notwithstanding the main action has been at issue and ready for trial as between the plaintiff and defendant for about four years, the defendant waited to commence the third-party action until about the eve of the trial of the main action. Upon such action being reached on the Day Calendar for trial, the third-party action was not yet at issue and the third-party defendant had not been afforded an opportunity to conduct proper and necessary pretrial procedures. Under these circumstances, with the main action marked and standing ready for trial, the motion to sever the third-party action should have been granted. (See Civ. Prac. Act, §§ 96, 193-a, subd. 4; Kelly v. Yannotti, 4 N Y 2d 603, 606.) Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. JAMES J. WALKER.— Motion for leave to appeal as a poor person denied on the ground that section 517 of the Code of Criminal Procedure does not authorize an appeal from an order denying an application for a free transcript of court records for the purpose of making an application for a writ of error coram nobis. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. ALBERT WRITER, Also Known as EMANUEL KNUCKLES.— Order of this court entered on June 14, 1962 (see 16 A D 2d 903) is amended to the extent of striking the designation of Macy Halpert, Esq., as counsel to prosecute the appeal taken by defendant-appellant from the judgment of the Court of General Sessions, New York County, rendered on March 26, 1962, and by substituting therefor Arthur Addess, Esq., of 149 West 72nd St., New York 23, N. Y., as such counsel. Concur — Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. FREDERICK MICHELSON.— Order of this court entered on July 12, 1962 (see 17 A D 2d 625) is amended to the extent of striking the designation of Joel K. Bohmart, Esq., as counsel to prosecute the appeal taken by defendant-appellant from the judgment of the Court of General Sessions, New York County, rendered on March 14, 1962, and by substituting therefor Conrad L. Teitell, Esq., of 230 Park Ave., New York 17, N. Y., as such counsel. Concur — Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.